1  Jonathan Evans (Cal. Bar #247376)
   CENTER FOR BIOLOGICAL DIVERSITY
2  351 California St., Suite 600
   San Francisco, CA 94104
3  Phone: 415-436-9682 x318
   Fax: 415-436-9683
4  email: jevans@biologicaldiversity.org

5  Kimberly A. Sturm (Ga. Bar # 690615)
   260 Peachtree Street, N.W. Suite 1200
6  Atlanta, GA. 30303 Center Street
   Phone: 404-525-9205
7  Fax: 404-522-0275
   email: ksturm@stackenv.com
8
   Counsel for Plaintiffs
9
   [additional counsel listed in signature block]
10

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:14-cv-05138-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    This Stipulation is entered into by and among plaintiffs Center for Biological Diversity
2    and Center for Environmental Health (collectively, "Plaintiffs") and defendant Gina McCarthy.
3    ("Defendant") (Plaintiffs and Defendant, collectively "the Parties"), by and through their
4    respective counsel.
5    WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States
6    District Court, Northern District of California, on November 20, 2014 (the "Complaint") and
7    served the Complaint on the Defendant on December 15, 2014;
8    WHEREAS, on January 27, 2015, the Court entered a Notice (Dkt. No. 27) setting an
9    ADR Phone Conference on February 9, 2015;
10   WHEREAS, Plaintiffs filed their First Amended Complaint in the above-entitled action
11   on February 2, 2015 and served the First Amendment Complaint on Defendant on February 2,
12   2015;
13   WHEREAS, on February 3, 2015, the Parties met and conferred regarding the Case
14   Management Statement and case status;
15   WHEREAS, the Parties also met and conferred to explore opportunities for settlement of
16   this case;
17   WHEREAS, on February 10, 2015, the Parties filed their case management statement
18   (Dkt. No. 28);
19   WHEREAS, the initial Case Management Conference was set for February 17, 2015 at 2
20   p.m. in Courtroom 2, 17th Floor (Dkt. Nos. 16, 19);
21   WHEREAS, Defendant EPA will move to transfer venue pursuant to 28 U.S.C. § 1404(a)
22   on or before February 13, 2015 with a noticed hearing date of March 25, 2015 pursuant to Civil
23   L.R. 7-2(a) (see also Dkt. No. 28, § 4);

28

STIPULATION AND ORDER CONTINUING CMC
Case No. 3:14-cv-05138

2

WHEREAS, the Parties agree that a continuance of the Case Management Conference will permit more efficient case management in order to determine the outcome of EPA's Motion to Change Venue from Defendant and allow the Parties to further explore options for case settlement, will serve the interests judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, that the initial Case Management Conference set for February 17, 2015 at 2 p.m. in Courtroom 2, 17th Floor (Dkt. Nos. 16, 19) shall be taken off calendar until Defendant's motion to transfer venue has been resolved and rescheduled for another date that is convenient for the Court.

**IT IS SO STIPULATED**

Dated: February 11, 2015

/s/ Jonathan Evans
Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Phone: 415-436-9682 x318
Fax: 415-436-9683
email: jevans@biologicaldiversity.org

Counsel for Plaintiffs

///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

28

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Phone: 202-514-0375
Fax: 202-514-8865
Email: Leslie.Hill@usdoj.gov

Attorney for Defendant

ORDER

PURSUANT TO STIPULATION and for good cause shown, the initial Case Management Conference ("CMC") set for February 17, 2015 at 2 p.m. in Courtroom 2, 17th Floor (Dkt. Nos. 16, 19) is hereby vacated.  The CMC shall be rescheduled after Defendant's motion is resolved.

IT IS SO ORDERED.

DATED: 2/11/2015

THE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE