Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Phone: 415-436-9682 x318
Fax: 415-436-9683
email: jevans@biologicaldiversity.org

Kimberly A. Sturm (Ga. Bar # 690615)
260 Peachtree Street, N.W. Suite 1200
Atlanta, GA. 30303 Center Street
Phone: 404-525-9205
Fax: 404-522-0275
email: ksturm@stackenv.com

Counsel for Plaintiffs

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:14-cv-05138-WHO<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT** |

1   This Stipulation is entered into by and among plaintiffs Center for Biological Diversity
2   and Center for Environmental Health (collectively, "Plaintiffs") and defendant Gina McCarthy,
3   in her official capacity as Administrator of the United States Environmental Protection Agency
4   ("EPA") (collectively, "the Parties"), by and through their respective counsel.
5
6   WHEREAS, on July 14, 2015, the Court entered the second Case Management
7   Conference Order  (Dkt. No. 38) requiring a Case Management Statement by August 4, 2015,
8   and setting the Case Management Conference for August 11, 2015;
9   WHEREAS, the Parties have successfully settled claims in this case through a Proposed
10  Consent Decree that was lodged on July 23, 2015 (Dkt. No. 38);
11  WHEREAS, as noted in the Notice of Lodging of Proposed Consent Decree filed on July
12  23, 2015 (Dkt. No. 39), pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), the
13  Consent Decree is not final and cannot be entered by the Court until the EPA Administrator
14  provides "a reasonable opportunity by notice in the Federal Register to persons who are not
15  named as parties or intervenors to the action" to comment in writing upon the proposed Decree;
16  WHEREAS, the parties agree that taking the August 2015 Case Management Conference
17  off calendar until after the public comment period will permit more efficient case management
18  because the proposed Consent Decree, if entered, would resolve this case in its entirety, will
19  serve the interests of judicial economy, and will conserve Party and Court resources;
20  NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate
21  and agree, through their respective counsel, that the Case Management Conference set for
22  August 11, 2015 2 p.m. in Courtroom 2, 17th Floor (Dkt. No. 38) shall be taken off the calendar
23  and the Order requiring the Case Management Statement be submitted by August 4, 2015 shall

be vacated until the Clean Air Act section 113(g) comment period has been completed and

rescheduled for another date that is convenient for the Court.

**IT IS SO STIPULATED**

Dated: July 30, 2015

/s/ Jonathan Evans
Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Phone: 415-436-9682 x318
Fax: 415-436-9683
email: jevans@biologicaldiversity.org

Kimberly A. Sturm (Ga. Bar # 690615)
    Admitted *Pro Hac Vice*
260 Peachtree Street, N.W. Suite 1200
Atlanta, GA. 30303 Center Street
Phone: 404-525-9205
Fax: 404-522-0275
email: ksturm@stackenv.com

Counsel for Plaintiffs

//

//

//

//

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division


/s/ Leslie M. Hill (email authorization 7/28/15)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Phone: 202-514-0375
Fax: 202-514-8865
Email: Leslie.Hill@usdoj.gov

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION and for good cause shown, the Case Management Conference ("CMC") set for August 11, 2015 at 2 p.m. in Courtroom 2, 17th Floor (Dkt. No. 38) is hereby vacated. The requirement that the Case Management Statement be submitted by August 4, 2015 is also vacated. Within twenty days of the conclusion of the public comment period on the proposed Consent Decree, the parties shall notify the Court of the conclusion of the public comment period and shall propose either a new date for the Case Management Conference or other action by the Court by means of a stipulation and proposed order.

IT IS SO ORDERED

DATED: August 3, 2015

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE