United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

  v.

GINA MCCARTHY,

    Defendant.

Case No. 14-cv-05138-WHO

**ORDER TO SHOW CAUSE RE: DISMISSAL**

Re: Dkt. No. 47

The Court has entered a Consent Decree to resolve this case. The parties stipulated, and the Court ordered, that plaintiffs' time to file a motion for fees and costs would be extended until February 29, 2016. Dkt. No. 47. No motion has been filed. If any party asserts that this case should not be dismissed at this time, it should show cause by way of a stipulation or declaration filed no later than March 18, 2016.

**IT IS SO ORDERED**.

Dated: March 10, 2016



WILLIAM H. ORRICK
United States District Judge