UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA MCCARTHY, <br><br> Defendant. | Case No. 3:14-cv-05138-WHO <br><br> **ORDER TO SHOW CAUSE REGARDING DISMISSAL** <br><br> Re: Dkt. Nos. 50, 51 |

The Court has entered a Consent Decree to resolve this case. Dkt. No. 45. In response to the previous Order to Show Cause Regarding Dismissal (Dkt. No. 48), the parties filed a joint stipulation stating that they had resolved plaintiffs' claim for costs of litigation (including reasonable attorneys' fees), and requesting that the court stay the case until the EPA has taken the final rulemaking action and the parties have resolved any dispute related to termination of the Consent Decree. Dkt. No. 49. The Court ordered the case stayed until July 31, 2016, or until termination of the Revised Consent Decree. Dkt. No. 50.

On May 18, 2016, the parties notified the court of their joint stipulation to extend EPA's deadline to perform under the consent decree to September 23, 2016. Dkt. No. 51. Nothing has been filed since that date. If any party asserts that this case should not be dismissed at this time, it should show cause by way of a stipulation or declaration no later than November 30, 2016.

**IT IS SO ORDERED**.

Dated: November 16, 2016



WILLIAM H. ORRICK
United States District Judge