IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>　　　　　　　Defendant. | Case No. 3:14-cv-05138-WHO<br><br>**ORDER** |

Before the Court is EPA's **UNOPPOSED MOTION TO TERMINATE CONSENT DECREE**. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED this 9th day of December, 2016.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE